UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MADISON OLSEN, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.:1:25-CV-06084 <br><br> JUDGE ANDREA R. WOOD <br><br> MAGISTRATE JUDGE M. DAVID WEISMAN |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
<u>AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A</u>**

Plaintiff, Madison Olsen d/b/a Mystery Glass ("Mystery Glass" or "Plaintiff"), hereby moves this Honorable Court for entry of Default and Default Judgment against the defendants identified on the Amended Schedule A, attached hereto.

Plaintiff files herewith a Memorandum of Law in support.

Dated: October 15, 2025

Respectfully submitted,

<u>/s/ John J. Mariane</u>
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
j.mariane@scip.law

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 15, 2025, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website and a copy of said above and foregoing document attached therewith.

*/s/ John J. Mariane*
John J. Mariane